Anna Yeung (SBN 294174)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105
Tel:    (415) 590-1300
Fax:    (415) 707-2010
yeunga@gtlaw.com

Attorney for Defendant
FIAT POWERTRAIN TECHNOLOGIES OF
NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY, | CASE NO. 1:26-cv-01679-KES-FJS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER |
| FPT INDUSTRIAL S.p.A.; and FIAT POWERTRAIN TECHNOLOGIES OF NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 to 30, inclusive, | |
| Defendants. | Action Removed: February 27, 2026 |
| | (ECF No. 12) |

CASE NO. 1:26-cv-01679-KES-FJS

STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND
DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER

Plaintiff Sentry Select Insurance Company ("Plaintiff") and Defendant Fiat Powertrain Technologies of North America, Inc. ("FPTNA"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, FPTNA's responsive pleading deadline is April 3, 2026;

WHEREAS, On April 3, 2026, counsel for the parties met and conferred pursuant to this Court's Standing Order in Civil Cases regarding the bases for FPTNA's anticipated motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, during that conference, counsel for FPTNA identified deficiencies in Plaintiff's Complaint, including but not limited to: (a) failure to allege facts plausibly showing causation; (b) failure to identify any cognizable product defect under any theory; (c) failure to allege any basis for liability specific to Fiat Powertrain as distinct from co-defendant FPT Industrial S.p.A.; and (d) that Plaintiff's tort claims are barred by California's economic loss doctrine.

WHEREAS, Plaintiff's counsel has indicated that Plaintiff will evaluate the deficiencies identified and determine whether to amend the Complaint to address them.

WHEREAS, in order to allow Plaintiff adequate time to assess and potentially amend its Complaint, and to allow FPTNA adequate time to evaluate any amended pleading and respond accordingly, the parties agree that a brief continuance of the relevant deadlines is appropriate and in the interests of judicial efficiency.

WHEREAS, the continuance will not affect any other case management dates.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and AGREE as follows:

1.    Plaintiff shall have until April 6, 2026 to file and serve an Amended Complaint, or to notify the parties and the Court that it does not intend to amend.

2.    FPTNA's deadline to file a responsive pleading to any Amended Complaint shall be April 27, 2026.

3.    If Plaintiff notifies the parties that it does not intend to amend, the parties shall promptly meet and confer to schedule a briefing schedule for FPTNA's motion to dismiss, and shall submit a proposed schedule to the Court within five (5) business days of such notice.

STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER

4. All other deadlines in this matter remain unchanged.

**IT IS SO STIPULATED.**

DATED: April 1, 2026                    **GREENBERG TRAURIG, LLP**


                                        By  */s/ Anna Yeung*
                                            Anna Yeung

                                            Attorney for Defendant
                                            FIAT POWERTRAIN TECHNOLOGIES OF
                                            NORTH AMERICA, INC.

DATED: April 1, 2026                    **LAW OFFICE OF ROBERT A. STUTMAN, P.C.**


                                        By  */s/ Kellie L. Terhufen*
                                            Kellie L. Terhufen

                                            Attorney for Plaintiff
                                            SENTRY SELECT INSURANCE COMPANY

STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND
DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until April 6, 2026, to file and serve an Amended Complaint, or to notify the parties and the Court that it does not intend to amend.

2. Fiat Powertrain's deadline to file a responsive pleading to any Amended Complaint shall be April 27, 2026.

3. All other deadlines in this matter remain unchanged.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER