UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> FPT INDUSTRIAL S.p.A.; and FIAT POWERTRAIN TECHNOLOGIES OF NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 to 30, inclusive, <br><br> Defendants. | Case No. 1:26-cv-01679-KES-FJS <br><br> ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE; ORDER CONTINUING SCHEDULING CONFERENCE <br><br> (ECF No. 19) |

Plaintiff Sentry Select Insurance Company ("Sentry") and Defendant Fiat Powertrain Technologies of North America, Inc. ("FPTNA"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 1, 2026, the parties filed a Stipulation to Continue Deadline for Plaintiff to File Amended Complaint and Defendant's Responsive Pleading Deadline, which initially set Plaintiff's deadline to file an amended complaint for April 6, 2026, and FPTNA's responsive pleading deadline for May 1, 2026 [ECF 12];

WHEREAS, on April 3, 2026, Plaintiff contacted counsel for FPTNA to request an additional one week extension to allow Plaintiff adequate time to assess and potentially amend its

Complaint, and to allow FPTNA adequate time to evaluate any amended pleading and respond accordingly [ECF 13];

WHEREAS, on April 3, 2026, the parties filed a Revised Stipulation to Continue Deadline for Plaintiff to File Amended Complaint and Defendant's Responsive Pleading Deadline, pursuant to which Plaintiff's deadline to file an amended complaint was extended to April 13, 2026, and FPTNA's deadline to respond was extended to May 15, 2026 [ECF 13];

WHEREAS, on April 13, 2026, Plaintiff filed the First Amended Complaint ("FAC") [ECF 17];

WHEREAS, the Court has currently set a Scheduling Conference for June 2, 2026, along with related deadlines keyed to the Scheduling Conference;

WHEREAS, on May 6, 2026, counsel for the parties met and conferred regarding FPTNA's anticipated motion to dismiss the FAC and discussed the possibility of resolving this matter informally in lieu of motion practice;

WHEREAS, Plaintiff's counsel represented that she is working with Plaintiff to obtain a settlement proposal, but Plaintiff's representative is currently unavailable due to a family matter and is expected to return on May 11, 2026;

WHEREAS, the parties believe that a reasonable extension of FPTNA's responsive pleading deadline and related Scheduling Conference and deadlines will permit the parties to meaningfully evaluate informal resolution before undertaking motion practice, case management obligations, ADR related obligations, briefing, and related litigation expenses;

WHEREAS, good cause exists for the requested extension and continuance because the parties are engaged in active settlement discussions that may resolve this action in its entirety, thereby conserving party resources and judicial resources that would otherwise be expended on anticipated motion to dismiss proceedings and pretrial case management obligations, scheduling deadlines and formal ADR processes;

WHEREAS, absent the requested extension, FPTNA would be required to prepare and file a motion to dismiss while the parties are simultaneously attempting to pursue informal resolution and comply with Scheduling Conference related obligations, potentially resulting in unnecessary

litigation costs, premature case management proceedings, and inefficient use of Court and client resources; and

WHEREAS, the requested extension and continuance are limited in duration, sought in good faith, and will not prejudice any party or otherwise impact the orderly administration of this case.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and AGREE as follows:

1. FPTNA shall have up to and including June 29, 2026, to file and serve its responsive pleading to the FAC; and

2. The Scheduling Conference currently set for June 2, 2026, and all related deadlines, obligations, and ADR requirements tied to that conference, shall be continued by no less than forty-five (45) days, to a date convenient for the Court.

**IT IS SO STIPULATED.**

DATED: May 11, 2026                    **GREENBERG TRAURIG, LLP**

By  _/s/ Anna Yeung_
Anna Yeung

Attorney for Defendant
FIAT POWERTRAIN TECHNOLOGIES OF
NORTH AMERICA, INC.

DATED: May 11, 2026                    **LAW OFFICE OF ROBERT A. STUTMAN, P.C.**

By  /s/Kellie L. Terhufen
Kellie L. Terhufen

Attorney for Plaintiff
SENTRY SELECT INSURANCE COMPANY

ORDER

Pursuant to the parties' stipulation (ECF No. 19), and good cause appearing therefore, IT IS HEREBY ORDERED that:

(1) Defendant Fiat Powertrain Technologies of North America, Inc., shall have up to and including June 29, 2026, to file and serve its responsive pleading to the first amended complaint;

(2) The scheduling conference currently set for June 2, 2026, shall be continued to July 27, 2026, at 11:00 AM in Courtroom 8 before Magistrate Judge Frank J. Singer; and

(3) The parties shall file a Joint Scheduling Report seven (7) days prior to the scheduling conference.

The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **May 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE