Anna Yeung (SBN 294174)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Tel: (415) 590-1300
Fax: (415) 707-2010
yeunga@gtlaw.com

Attorney for Defendant
FIAT POWERTRAIN TECHNOLOGIES OF
NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FPT INDUSTRIAL S.p.A.; and FIAT POWERTRAIN TECHNOLOGIES OF NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 to 30, inclusive,<br><br>Defendants. | CASE NO. 1:26-cv-01679-KES-FJS<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND DEFENDANT FPT INDUSTRIAL S.p.A'S RESPONSIVE PLEADING DEADLINE; ORDER |

Plaintiff Sentry Select Insurance Company ("Sentry") and Defendant Fiat Powertrain Technologies of North America, Inc. ("FPTNA"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 12, 2026, the Court set a Scheduling Conference for July 27, 2026, and established related deadlines tied to that conference [ECF 20];

WHEREAS, on June 29, 2026, FPTNA timely filed its Motion to Dismiss Plaintiff's First Amended Complaint [ECF 21];

WHEREAS, Plaintiff's opposition to FPTNA's Motion to Dismiss is due on July 13, 2026, and FPTNA's reply is due on July 23, 2026;

WHEREAS, Plaintiff served Defendant FPT INDUSTRIAL S.p.A. with the First Amended Complaint on July 2, 2026;

WHEREAS, FPT INDUSTRIAL S.p.A.'s deadline to respond to the First Amended Complaint is July 23, 2026;

WHEREAS, FPT INDUSTRIAL S.p.A. is an Italian corporation that was only recently served and is in the process of reviewing the allegations and becoming familiar with the factual and procedural history of this litigation;

WHEREAS, on July 10, 2026, counsel for Plaintiff and FPTNA met and conferred regarding the upcoming Scheduling Conference and agreed that proceeding with the conference on July 27, 2026, would be premature because FPTNA's Motion to Dismiss remains pending and FPT INDUSTRIAL S.p.A. has only recently been served and has not yet appeared in the action;

WHEREAS, continuing the Scheduling Conference until after the Court rules on FPTNA's Motion to Dismiss will allow all appearing parties to participate in scheduling, may narrow or clarify the issues to be litigated, and will conserve the resources of both the Court and the parties;

WHEREAS, the parties further agree that good cause exists to extend FPT INDUSTRIAL S.p.A.'s deadline to respond to the First Amended Complaint from July 23, 2026, to August 6, 2026, to allow sufficient time to evaluate the pleadings and prepare an appropriate responsive pleading without prejudicing any party;

WHEREAS, good cause therefore exists to continue the Scheduling Conference and all related deadlines.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and AGREE as follows:

1. The Scheduling Conference currently set for July 27, 2026, be continued to a date convenient for the Court following resolution of FPTNA's Motion to Dismiss.
2. All deadlines tied to the Scheduling Conference, including the deadline to file a Joint Scheduling Report, shall be continued accordingly.
3. Defendant FPT INDUSTRIAL S.p.A.'s deadline to respond to Plaintiff's First Amended Complaint shall be extended from July 23, 2026, to August 6, 2026.

IT IS SO STIPULATED.

DATED: July 10, 2026

**GREENBERG TRAURIG, LLP**

By *_/s/ Anna Yeung_*
Anna Yeung

Attorney for Defendant
FIAT POWERTRAIN TECHNOLOGIES OF NORTH AMERICA, INC.

DATED: July 10, 2026

**LAW OFFICE OF ROBERT A. STUTMAN, P.C.**

By ______________________________
Kellie L. Terhufen

Attorney for Plaintiff
SENTRY SELECT INSURANCE COMPANY

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendant FPT INDUSTRIAL S.p.A.'s deadline to respond to Plaintiff's first amended complaint shall be extended from July 23, 2026, to August 6, 2026;
2. The Scheduling Conference currently set for July 27, 2026, be continued to October 7, 2026, at 11:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;
3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference; and
4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE